| | |
|---|---|
| 1 | BOHBOT & RILES, PC |
| | Karine Bohbot, Esq. (SBN: 197298) |
| 2 | E-Mail: kbohbot@strikebacklaw.com |
| | Mark Miyasaki, Esq. (SBN: 304930) |
| 3 | E-Mail: mmiyasaki@strikebacklaw.com |
| | 4319 Piedmont Avenue, 2nd Floor |
| 4 | Oakland, CA 94612 |
| | Tel. (510) 273-3111 |
| 5 | Fax (510) 273-8911 |

Attorneys for Plaintiff
    Anjali Saxena

VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhattorneys.com
RACHEL PUSEY, ESQ., Cal. Bar No. 224880
E-Mail: rpusey@vhattorneys.com
575 Market Street, Suite 1700
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
    Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJALI SAXENA, | Case No.: 17-cv-07139-HSG |
|     Plaintiff, | |
| -vs.- | **JOINT STIPULATION AND REQUEST TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE;** |
| WELLS FARGO BANK NA, a Corporation; and DOES 1 through 25, inclusive. | **[PROPOSED] ORDER GRANTING CONTINUANCE** |
|     Defendant. | Hearing Date: March 20, 2018 |
| | Time:     2:00 p.m. (PST) |
| | Dept:     24 |
| | Courtroom:   2 |

12954516

1

TO THIS HONORABLE COURT:

Plaintiff Anjali Saxena ("Plaintiff"), by and through her counsel, and Defendant Wells Fargo Bank, N.A. ("Defendant") (collectively, "the Parties"), by and through its counsel, respectfully request a continuance of the Joint Case Management Conference on the following grounds:

1. Whereas the joint case management conference in this case is currently scheduled for Tuesday, March 20, 2018 at 2:00 p.m. before the Court;

2. Whereas the Parties respectfully request a 60 day continuance of the Initial Case Management Conference as they are actively engaged in settlement discussions which may obviate the need for such a conference or for the exchange of Initial Disclosures;

3. Whereas the Parties respectfully request that the date for their initial disclosures be continued to 14 days prior to the new case management conference date and an updated Joint Case Management Statement be due 14 days prior to the new case management conference date.

4. Whereas the Parties stipulate to continue the currently scheduled case management conference from March 20, 2018 to May 22, 2018.

DATED: February 26, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　VILLARREAL HUTNER PC


　　　　　　　　　　　　　　　　　　　　　　*/s/ Rachel Pusey*

　　　　　　　　　　　　　　　　　　　　　　RACHEL PUSEY
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Wells Fargo Bank, N.A.

DATED: February 26, 2018　　　　　　　　　　BOHBOT & RILES, PC

　　　　　　　　　　　　　　　　　　　　　　*/s/ Karine Bohbot*
　　　　　　　　　　　　　　　　　　　　　　KARINE BOHBOT
　　　　　　　　　　　　　　　　　　　　　　Bohbot & Riles, PC
　　　　　　　　　　　　　　　　　　　　　　4319 Piedmont Ave., 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　Oakland, California 94611

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Anjali Saxena

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the case management conference in the instant matter, Saxena v. Wells Fargo Bank, NA, case number 17-cv-07139-HGS, continued to May 22, 2018, at 2:00 p.m. in Courtroom 2, 4th Fl.

It is further ordered that the Parties shall file an updated Joint Case Management Conference Statement 14 days prior to the new conference date.

It is further ordered that the Parties shall also make their Initial Disclosures 14 days prior to the new conference date.

IT IS SO ORDERED.

Dated: 2/27/2018

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge