UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT PECTOL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRENT ERNEST PECTOL, et al.,<br><br>Defendants. | Case No. 18-cv-00717-HSG<br><br>**ORDER REGARDING COMPLIANCE WITH CIVIL LOCAL RULE 3-11** |

A number of materials sent to Plaintiffs have been returned to the Court as undeliverable. *See* Dkt. Nos. 11, 12, 15, 16, 17, 18, 20, 21. The return of these materials suggests that Plaintiffs are not at the addresses on file with the Court. *See id.* Under Civil Local Rule 3-11(a), "[a]n attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." The Court may dismiss, without prejudice, a complaint when "[m]ail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable," and the Court "fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address." *See* Civil L.R. 3-11(b). To avoid this result, Plaintiffs should promptly update any mailing addresses on file with the Court.

**IT IS SO ORDERED.**

Dated: 2/27/2018

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge