Karine Bohbot, Esq. (SBN: 197298)
E-Mail: kbohbot@strikebacklaw.com
Mark Miyasaki, Esq. (SBN: 304930)
E-Mail: mmiyasaki@strikebacklaw.com
BOHBOT & RILES, PC
4319 Piedmont Avenue, 2nd Floor
Oakland, CA 94612
Tel. (510) 273-3111
Fax (510) 273-8911

Attorneys for Plaintiff
Anjali Saxena

VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhattorneys.com
RACHEL PUSEY, ESQ., Cal. Bar No. 224880
E-Mail: rpusey@vhattorneys.com
575 Market Street, Suite 1700
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANJALI SAXENA,<br><br>    Plaintiff,<br><br>-vs.-<br><br>WELLS FARGO BANK NA, a Corporation; and DOES 1 through 25, inclusive.<br><br>    Defendant. | Case No.: 17-cv-07139-HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:    October 13, 2017 |

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their designated counsel of record, having reached a settlement in this matter, that this case be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1), each party to bear their own costs and fees.

**IT IS SO STIPULATED:**

Dated: August 9, 2018        BOHBOT & RILES, PC

By        */s/ Karine Bohbot*
KARINE BOHBOT

Attorney for Plaintiff Anjali Saxena

Dated: August 9, 2018        VILLARREAL HUTNER PC

By        */s/ Rachel Pusey*
RACHEL PUSEY

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that this case in its entirety is hereby dismissed with prejudice.

Date: _____August 9_, 2018        By: _____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge